IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re JUMA HUI,  No. C 08-80110 SI

    Petitioner.  **ORDER GRANTING PETITIONER'S REQUEST TO AMEND DATE OF BIRTH**

    Petitioner Juma Hui has filed a petition requesting that this Court order the United States Department of Homeland Security, Citizenship and Immigration Services, to amend the date of birth listed on petitioner's Certificate of Naturalization. Petitioner has submitted sufficient evidence to demonstrate that her birthdate is improperly listed as February 5, 1941. Her actual birthdate, as shown on her United States Passport, her California driver's license, and her birth certificate from the Republic of Myanmar (Burma), is February 5, 1940. The Court therefore orders the Department of Homeland Security to take all actions necessary to amend the date of birth on petitioner's Certificate of Naturalization to February 5, 1940.

**IT IS SO ORDERED.**

Dated: June 4, 2008

SUSAN ILLSTON
United States District Judge